**E-filed 6/28/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMON SHIELDS,<br><br>    Petitioner,<br><br>vs.<br><br>J. WALKER, et al.,<br><br>    Respondents. | No. C 07-1175 JF (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE |

On February 27, 2007, Petitioner filed the instant pro se habeas corpus petition pursuant to 28 U.S.C. § 2254. On that same day, the Court sent a notification to Petitioner that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the completed application within thirty days.

On March 9, 2007, Petitioner filed an amended petition. As of the date of this order, Petitioner has not filed a completed in forma pauperis application or paid the $5.00 filing fee. Accordingly, the Court will extend time for Petitioner to file a completed in

1  forma pauperis application on the Court's application form, enclosed with this order, or
2  pay the $5.00 filing fee.  The completed application and accompanying documentation,
3  including a certificate of funds signed by an authorized prison official and a copy of his
4  trust account statement for the past six months, shall be filed with the Court within **thirty**
5  **days** from the date of this order.
6        In the alternative, Petitioner may pay the $5.00 filing fee.  Petitioner shall include
7  with his payment a clear indication that it is for this case number, C 07-1175 JF (PR).
8  Failure to submit the completed in forma pauperis application or pay the filing fee within
9  the Court's deadline will result in the Court dismissing the case without prejudice for
10 failure to file a completed in forma pauperis application or pay the filing fee.
11       IT IS SO ORDERED.
12 DATED: __6/28/07_____
13                                     JEREMY FOGEL
                                    United States District Judge

1  A copy of this ruling was mailed to the following:

2

3  Remon Shields
   P-64820
   CSP -Sacramento
4  P.O. Box 290066
   Represa, CA  95671-0066
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Extension of Time to File in Forma Pauperis Application or Pay Filing Fee
P:\pro-se\sj.rmw\hc.07\Shields175exttifp         3